UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GLEN WYRICK, | ) | 1:05-CV-1194 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER VACATING ORDER TO SUBMIT |
| v. | ) | FILING FEE OR APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS ISSUED |
| KATHY MENDOZA-POWERS, | ) | ON FEBRUARY 6, 2006 |
| Acting Warden, | ) | |
| | ) | [Doc. #4] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Linda Buchalter, Esq. This action has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.

On February 6, 2006, this Court issued an order directing Petitioner to pay the filing fee or submit an application to proceed in forma pauperis within thirty (30) days of the date of service of the order. On February 17, 2006, Petitioner filed a reply to the order. Counsel for Petitioner states that the filing fee was paid when this action was filed in the United States District Court for the Central District of California, Western Division, before the case was transferred to the Fresno Division. The Court has reviewed the docket of the Central District and finds Petitioner did in fact pay the filing fee.

Accordingly, the February 6, 2006, order is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   February 23, 2006**          **/s/ Lawrence J. O'Neill**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE