UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GLENN WYRICK, | ) | 1:05-CV-1194 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER WITHDRAWING JULY 25, 2006, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT RECOMMENDED THE PETITION BE |
| | ) | DISMISSED |
| | ) | [Doc. #12] |
| KATHY MENDOZA-POWERS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Linda Buchalter, Esq.

   On July 25, 2006, the undersigned issued Findings and Recommendation that recommended Respondent's motion to dismiss for lack of subject matter jurisdiction be GRANTED, the petition be DISMISSED, and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

   On August 3, 2006, Petitioner filed objections to the Findings and Recommendation. Petitioner first takes exception to the participation of the undersigned in this action. Petitioner states he clearly declined to the jurisdiction of the Magistrate Judge when he returned the consent/decline

form on October 6, 2006, pursuant to 28 U.S.C. § 636(c)(1). Petitioner misunderstands the rules. By consenting to the jurisdiction of the Magistrate Judge pursuant to § 636(c)(1), a United States Magistrate Judge "may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such judgment by the district court or courts he serves." Notwithstanding this provision, under § 636(b)(1)(B), "a judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement." Pursuant to § 636(b)(1), the District Court referred the matter to the Magistrate Judge on August 15, 2005. The undersigned did not act to "intercept" the documents submitted by Petitioner; they were specifically directed to the undersigned's attention pursuant to court order under 28 U.S.C. § 636(b)(1).

The undersigned further notes Petitioner's objections to the Findings and Recommendation. Without agreeing or disagreeing with those objections, the undersigned hereby WITHDRAWS the Findings and Recommendation pending the Ninth Circuit's decision in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D. Cal. 2005).[1]

IT IS SO ORDERED.

**Dated:    August 18, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES MAGISTRATE JUDGE

---

[1] According to the Ninth Circuit's docket, the matter was argued and submitted on March 16, 2006.