UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GLEN WYRICK, | ) | 1:05-CV-01194 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #15] |
| v. | ) | |
| | ) | ORDER DENYING RESPONDENT'S |
| | ) | MOTION TO DISMISS |
| KATHY MENDOZA-POWERS, | ) | [Doc. #10] |
| Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Linda Buchalter, Esq.

On September 5, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss for lack of subject matter jurisdiction be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. The time for filing objections has passed, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis,

U.S. District Court
E. D. California      cd                                    1

and there is no need to modify the Findings and Recommendations.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Findings and Recommendation issued September 5, 2006, is ADOPTED IN FULL;

     2. Respondent's motion to dismiss is DENIED;

     3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 10, 2006**              /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE