


*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

THOMAS GLEN WYRICK,

vs.

~~RAMOS MENDOZA-POWERS,~~ THOMAS GLEN WYRICK

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-01194 OWW/GSA HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

X Granted for the following reason: ON ISSUE OF DENIAL OF PAROLE BY CALIFORNIA BOARD OF PAROLE HEARINGS.

___ Denied for the following reason:

Dated: 4-7-08

OLIVER W. WANGER
United States District Judge